1  CALIFORNIA STATE UNIVERSITY
   OFFICE OF GENERAL COUNSEL
2  Christine Helwick (SBN 057274)
   Susan Westover (SBN 151211)
3  401 Golden Shore, 4th Floor
   Long Beach, CA  90802-4210
4  Tel.:   (562) 951-4500
   Fax:   (562) 951-4956
5  swestover@calstate.edu

6  Attorneys for Defendant Board of Trustees
   of the California State University
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  TARIKH DEMEKPE,                        Case No. CV11-1177 DDP (MLG)

12            Plaintiff,                   Date:        November 21, 2011
                                           Time:        10:00 a.m.
13       vs.                               Courtroom:   3
                                           Judge:       Hon. Dean D. Pregerson
14  BOARD OF TRUSTEES OF THE
    CALIFORNIA STATE                       **[PROPOSED] ORDER GRANTING**
15  UNIVERSITY,                            **SUMMARY JUDGMENT**

16            Defendant.                   Date of Filing:   February 23, 2011
                                           Trial Date:       Not Set
17

18         The motion for summary judgment by defendant Board of Trustees of the

19  California State University came on regularly for hearing before this Court on

20  November 21, 2011, at 10:00 a.m., in Courtroom 3, before the Hon. Dean D. Pregerson,

21  District Judge Presiding.  Susan Westover appeared as counsel for defendant.  Tarikh

22  Demekpe appeared *pro se* on his own behalf.

23         After considering the moving and opposition papers, arguments of counsel and

24  the plaintiff, and all other matters presented to the Court, IT IS HEREBY ORDERED

25  that the motion is GRANTED.

26

27  Dated:  November ____, 2011          _____

28                                       Hon. Dean D. Pregerson
                                         United States District Judge

    [PROPOSED] ORDER GRANTING MSJ          Case No. CV11-1177 DDP (MLG)

**PROOF OF SERVICE**
<u>**Demekpe v. Board of Trustees of the California State University**</u>
**U.S. District Court Case No.: CV11-1177 DDP (MLG)**
**OGC No.: 11-0186**

I, Jason T. Taylor, declare as follows:

I am employed in the County of Los Angeles, State of California. I am at least 18 years old, and not a party to this action. I am an employee of California State University, Office of General Counsel, whose business address is 401 Golden Shore, 4th Floor, Long Beach, CA 90802-4210.

On **October 17, 2011**, I served the document described as **[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Tarikh Demekpe | Plaintiff *In Pro Per* |
| 688 Caliburn Drive, #24 | tdemekpe@toromail.csudh.edu |
| Los Angeles, CA 90001 | Tel: (323) 572-1774 |

☒ ***BY MAIL—COLLECTION BOX:*** I placed each document in a sealed envelope with postage fully prepaid, in the California State University Office of General Counsel's mail collection box in Long Beach, California, so that following ordinary business practices, the envelope would be collected and mailed on this date. I am readily familiar with this office's business practice for collection and processing of mail. In the ordinary course of business, each document would be deposited with the United States Postal Service on that same day.

☒ ***BY E-MAIL:*** I served each document on the parties by emailing each document in PDF format to each email address listed above. Each e-mail was successfully sent via CSU's email server.

Signed on October 17, 2011, at Long Beach, California. I declare under penalty of perjury under the laws of the State of California that this declaration is true and correct.

*/s/ Jason T. Taylor*
Jason T. Taylor

---

[PROPOSED] ORDER GRANTING MSJ        Case No.: CV11-1177 DDP (MLG)