1  CALIFORNIA STATE UNIVERSITY
   OFFICE OF GENERAL COUNSEL
2  Christine Helwick (SBN 057274)
   Susan Westover (SBN 151211)
3  401 Golden Shore, 4th Floor
   Long Beach, CA  90802-4210
4  Tel.:  (562) 951-4500
   Fax:   (562) 951-4956
5  swestover@calstate.edu

6  Attorneys for Defendant Board of Trustees
   of the California State University
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 TARIKH DEMEKPE,                  Case No. CV11-1177 DDP (MLG)

12         Plaintiff,               Date:       November 21, 2011
                                    Time:       10:00 a.m.
13    vs.                           Courtroom:  3
                                    Judge:      Hon. Dean D. Pregerson
14 BOARD OF TRUSTEES OF THE
   CALIFORNIA STATE                 **[PROPOSED] JUDGMENT**
15 UNIVERSITY,
                                    Date of Filing:  February 23, 2011
16         Defendant.                Trial Date:      Not Set

17

18     This action came on for hearing before the Court, on November 21, 2011, at

19 10:00 a.m., in Courtroom 3, before the Hon. Dean D. Pregerson, District Judge

20 Presiding, on a motion for summary judgment.  The evidence presented having been

21 fully considered, the issues having been duly heard and a decision having been duly

22 rendered,

23     IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Tarikh Demekpe

24 take nothing, that the action be dismissed on the merits, and that defendant Board of

25 Trustees of the California State University have and recover its costs.

26

27 Dated:  November ____, 2011        _____

28                                    Hon. Dean D. Pregerson
                                      United States District Judge

# PROOF OF SERVICE
### Demekpe v. Board of Trustees of the California State University
U.S. District Court Case No.: CV11-1177 DDP (MLG)
OGC No.: 11-0186

I, Jason T. Taylor, declare as follows:

I am employed in the County of Los Angeles, State of California. I am at least 18 years old, and not a party to this action. I am an employee of California State University, Office of General Counsel, whose business address is 401 Golden Shore, 4th Floor, Long Beach, CA 90802-4210.

On **October 17, 2011**, I served the document described as **[PROPOSED] JUDGMENT** on the interested parties in this action as follows:

> Tarikh Demekpe　　　　　　　　　　Plaintiff *In Pro Per*
> 688 Caliburn Drive, #24　　　　　　　tdemekpe@toromail.csudh.edu
> Los Angeles, CA 90001　　　　　　　 Tel: (323) 572-1774

☒ **BY MAIL—COLLECTION BOX:** I placed each document in a sealed envelope with postage fully prepaid, in the California State University Office of General Counsel's mail collection box in Long Beach, California, so that following ordinary business practices, the envelope would be collected and mailed on this date. I am readily familiar with this office's business practice for collection and processing of mail. In the ordinary course of business, each document would be deposited with the United States Postal Service on that same day.

☒ **BY E-MAIL:** I served each document on the parties by emailing each document in PDF format to each email address listed above. Each e-mail was successfully sent via CSU's email server.

Signed on October 17, 2011, at Long Beach, California. I declare under penalty of perjury under the laws of the State of California that this declaration is true and correct.

*Jason T. Taylor* (signature)
Jason T. Taylor

---

[PROPOSED] JUDGMENT　　　　　　　　　　　　　　　Case No.: CV11-1177 DDP (MLG)