FILED

MAR 21 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TARIKH DEMEKPE, | Case No. CV 11-1177-DDP (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| BOARD OF TRUSTEES, CALIFORNIA STATE UNIVERSITY, | |
| Defendant. | |

     IT IS ADJUDGED that the action herein is dismissed with prejudice.


Dated:   March 21, 2012


_Dean D. Pregerson_
Dean D. Pregerson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 22 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY